

**Case Western Reserve University**
10900 Euclid Avenue
Cleveland, OH 44106

| | |
|---|---|
| Pay Group: | S1-Semi-monthly Nonexempt |
| Pay Begin Date: | 09/16/2017 |
| Pay End Date: | 09/30/2017 |

| | |
|---|---|
| Business Unit: | CASE1 |
| Advice #: | ****** |
| Advice Date: | 09/29/2017 |

**Monica Bradley**
3243 Yorkshire Road
Cleveland Heights, OH 44118

| | |
|---|---|
| Employee ID: | 1003382 |
| Department: | 281980-Research Administration |
| Location: | UGEN - Research Administration |

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 2 | 3 |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.589744 | 81.25 | 1,916.67 | 1,462.50 | 34,500.06 |
| Taxable Fringe Benefit | | | 50.00 | | 50.00 |
| **Total:** | | **81.25** | **1,916.67** | **1,462.50** | **34,500.06** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 163.05 | 2,888.64 |
| Fed MED/EE | 25.59 | 458.10 |
| Fed OASDI/EE | 109.42 | 1,958.78 |
| OH Withholding | 38.45 | 692.19 |
| OH CLEVELAND Withholdng | 44.12 | 789.89 |
| **Total:** | **380.63** | **6,787.60** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HealthSpan HMO | 115.25 | 2,074.50 |
| DenteMax DPO | 8.00 | 144.00 |
| VSP Vision Plan | 7.84 | 141.12 |
| Supplemental Life | 2.36 | 42.48 |
| 403(b) Plan C TIAA-CREF | 115.00 | 1,897.50 |
| Parking - Before Tax | 74.95 | 673.47 |
| **Total:** | **323.40** | **4,973.07** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Dependent Life | 1.00 | 18.00 |
| Case Charges | 51.79 | 556.35 |
| TIME WARNER ROAD RUNNER | 0.00 | 89.85 |
| **Total:** | **52.79** | **664.20** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| HealthSpan HMO | 322.15 | 5,798.70 |
| DenteMax DPO | 25.00 | 450.00 |
| Basic Life | 1.79 | 32.22 |
| Supplemental Life | 1.18 | 21.24 |
| Supplemental Life* | 6.60 | 118.80 |
| Short Term Disability | 4.40 | 39.60 |
| Long Term Disability | 5.06 | 45.54 |
| 403(b) Plan C TIAA-CREF | 38.34 | 642.20 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,916.67 | 1,649.87 | 380.63 | 376.19 | 1,159.85 |
| YTD: | 34,500.06 | 29,695.79 | 6,787.60 | 5,637.27 | 22,075.19 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #****** | 1,159.85 |
| **Total:** | **1,159.85** |

**MESSAGE:**

**Case Western Reserve University**
10900 Euclid Avenue
Cleveland, OH 44106

**Date** 09/29/2017

**Advice No.** ******

**Deposit Amount:** $1,159.85

**To The Account(s) Of**

MONICA BRADLEY
3243 Yorkshire Road
Cleveland Heights, OH 44118

Location: UGEN - Research Administration

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXX2732 | 1,159.85 |
| **Total:** | | **1,159.85** |

# NON-NEGOTIABLE



**Case Western Reserve University**
10900 Euclid Avenue
Cleveland, OH 44106

| Pay Group: | S1-Semi-monthly Nonexempt | Business Unit: CASE1 |
|---|---|---|
| Pay Begin Date: | 10/01/2017 | Advice #: ****** |
| Pay End Date: | 10/15/2017 | Advice Date: 10/13/2017 |

| Monica Bradley | Employee ID: | 1003382 | TAX DATA: | Federal | OH State |
|---|---|---|---|---|---|
| 3243 Yorkshire Road | Department: | 281980-Research Administration | Marital Status: | Single | N/A |
| Cleveland Heights, OH 44118 | Location: | UGEN - Research Administration | Allowances: | 2 | 3 |
| | | | Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 23.589744 | 81.25 | 1,916.67 | 1,543.75 | 36,416.73 |
| Taxable Fringe Benefit | | | 0.00 | | 50.00 |
| Total: | | 81.25 | 1,916.67 | 1,543.75 | 36,416.73 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 166.80 | 3,055.44 |
| Fed MED/EE | 25.96 | 484.06 |
| Fed OASDI/EE | 110.97 | 2,069.75 |
| OH Withholdng | 39.29 | 731.48 |
| OH CLEVELAND Withholdng | 44.75 | 834.64 |
| Total: | 387.77 | 7,175.37 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HealthSpan HMO | 115.25 | 2,189.75 |
| DenteMax DPO | 8.00 | 152.00 |
| VSP Vision Plan | 7.84 | 148.96 |
| Supplemental Life | 2.36 | 44.84 |
| 403(b) Plan C TIAA-CREF | 115.00 | 2,012.50 |
| Parking - Before Tax | 0.00 | 673.47 |
| Total: | 248.45 | 5,221.52 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Dependent Life | 1.00 | 19.00 |
| Case Charges | 0.00 | 556.35 |
| TIME WARNER ROAD RUNNER | 0.00 | 89.85 |
| Total: | 1.00 | 665.20 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| HealthSpan HMO | 322.15 | 6,120.85 |
| DenteMax DPO | 25.00 | 475.00 |
| Basic Life | 1.79 | 34.01 |
| Supplemental Life | 1.18 | 22.42 |
| Supplemental Life* | 6.60 | 125.40 |
| 403(b) Plan C TIAA-CREF | 38.34 | 680.54 |
| Short Term Disability | 0.00 | 39.60 |
| Long Term Disability | 0.00 | 45.54 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,916.67 | 1,674.82 | 387.77 | 249.45 | 1,279.45 |
| YTD: | 36,416.73 | 31,370.61 | 7,175.37 | 5,886.72 | 23,354.64 |

### NET PAY DISTRIBUTION

| Advice #****** | 1,279.45 |
|---|---|
| Total: | 1,279.45 |

Please note that month and year to date totals for the online generated copies of reprinted checks are as of the end of the selected month and are not mid-month totals.

**MESSAGE:**

---

**Case Western Reserve University**
10900 Euclid Avenue
Cleveland, OH 44106

**Date**
10/13/2017

**Advice No.**
******

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXX2732 | 1,279.45 |
| Total: | | 1,279.45 |

**Deposit Amount:** $1,279.45

**To The Account(s) Of**

MONICA BRADLEY
3243 Yorkshire Road
Cleveland Heights, OH 44118

Location: UGEN - Research Administration

# NON-NEGOTIABLE



**Case Western Reserve University**
10900 Euclid Avenue
Cleveland, OH 44106

| Pay Group: | S1-Semi-monthly Nonexempt | Business Unit: CASE1 |
|---|---|---|
| Pay Begin Date: | 10/16/2017 | Advice #: ****** |
| Pay End Date: | 10/31/2017 | Advice Date: 10/31/2017 |

**Monica Bradley**
3243 Yorkshire Road
Cleveland Heights, OH 44118

Employee ID: 1003382
Department: 281980-Research Administration
Location: UGEN - Research Administration

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 2 | 3 |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.825641 | 81.25 | 1,954.99 | 1,625.00 | 38,371.72 |
| Taxable Fringe Benefit | | | 0.00 | | 50.00 |
| **Total:** | | 81.25 | 1,954.99 | 1,625.00 | 38,371.72 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 158.57 | 3,214.01 |
| Fed MED/EE | 25.42 | 509.48 |
| Fed OASDI/EE | 108.71 | 2,178.46 |
| OH Withholdng | 37.46 | 768.94 |
| OH CLEVELAND Withholdng | 43.83 | 878.47 |
| **Total:** | 373.99 | 7,549.36 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HealthSpan HMO | 115.25 | 2,305.00 |
| DenteMax DPO | 8.00 | 160.00 |
| VSP Vision Plan | 7.84 | 156.80 |
| Supplemental Life | 2.36 | 47.20 |
| 403(b) Plan C TIAA-CREF | 117.30 | 2,129.80 |
| Parking - Before Tax | 74.96 | 748.43 |
| **Total:** | 325.71 | 5,547.23 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Dependent Life | 1.00 | 20.00 |
| Case Charges | 31.60 | 587.95 |
| TIME WARNER ROAD RUNNER | 0.00 | 89.85 |
| **Total:** | 32.60 | 697.80 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| HealthSpan HMO | 322.15 | 6,443.00 |
| DenteMax DPO | 25.00 | 500.00 |
| Basic Life | 1.79 | 35.80 |
| Supplemental Life | 1.20 | 23.62 |
| Supplemental Life* | 6.75 | 132.15 |
| Short Term Disability | 4.40 | 44.00 |
| Long Term Disability | 5.11 | 50.65 |
| 403(b) Plan C TIAA-CREF | 39.10 | 719.64 |

* Taxable

### TOTALS

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,954.99 | 1,636.03 | 373.99 | 358.31 | 1,222.69 |
| YTD: | 38,371.72 | 33,006.64 | 7,549.36 | 6,245.03 | 24,577.33 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #****** | 1,222.69 |
| Total: | 1,222.69 |

**MESSAGE:**

**Case Western Reserve University**
10900 Euclid Avenue
Cleveland, OH 44106

**Date**
10/31/2017

**Advice No.**
******

**Deposit Amount:** $1,222.69

**To The Account(s) Of**

MONICA BRADLEY
3243 Yorkshire Road
Cleveland Heights, OH 44118

Location: UGEN - Research Administration

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXX2732 | 1,222.69 |
| Total: | | 1,222.69 |

# NON-NEGOTIABLE

# Case Western Reserve University

Case Western Reserve University
10900 Euclid Avenue
Cleveland, OH 44106

| | |
|---|---|
| Pay Group: | S1-Semi-monthly Nonexempt |
| Pay Begin Date: | 11/01/2017 |
| Pay End Date: | 11/15/2017 |

| | |
|---|---|
| Business Unit: | CASE1 |
| Advice #: | ****** |
| Advice Date: | 11/15/2017 |

Monica Bradley
3243 Yorkshire Road
Cleveland Heights, OH 44118

Employee ID: 1003382
Department: 281980-Research Administration
Location: UGEN - Research Administration

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 2 | 3 |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 23.825641 | 81.25 | 1,935.83 | 1,706.25 | 40,307.55 |
| Taxable Fringe Benefit | | | 0.00 | | 50.00 |
| Total: | | 81.25 | 1,935.83 | 1,706.25 | 40,307.55 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 169.52 | 3,383.53 |
| Fed MED/EE | 26.23 | 535.71 |
| Fed OASDI/EE | 112.17 | 2,290.63 |
| OH Withholding | 39.89 | 808.83 |
| OH CLEVELAND Withholding | 45.23 | 923.70 |
| Total: | 393.04 | 7,942.40 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HealthSpan HMO | 115.25 | 2,420.25 |
| DenteMax DPO | 8.00 | 168.00 |
| VSP Vision Plan | 7.84 | 164.64 |
| Supplemental Life | 2.36 | 49.56 |
| 403(b) Plan C TIAA-CREF | 116.15 | 2,245.95 |
| Parking - Before Tax | 0.00 | 748.43 |
| Total: | 249.60 | 5,796.83 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Spouse Dependent Life | 1.00 | 21.00 |
| Care Charges | 0.00 | 587.95 |
| TIME WARNER ROAD RUNNER | 0.00 | 89.85 |
| Total: | 1.00 | 698.80 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| HealthSpan HMO | 322.15 | 6,765.15 |
| DenteMax DPO | 25.00 | 525.00 |
| Basic Life | 1.79 | 37.59 |
| Supplemental Life | 1.20 | 24.82 |
| Supplemental Life* | 6.75 | 138.90 |
| 403(b) Plan C TIAA-CREF | 38.72 | 758.36 |
| Short Term Disability | 0.00 | 44.00 |
| Long Term Disability | 0.00 | 50.65 |

* Taxable

## TOTALS

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,935.83 | 1,692.98 | 393.04 | 250.60 | 1,292.19 |
| YTD: | 40,307.55 | 34,699.62 | 7,942.40 | 6,495.63 | 25,869.52 |

Please note that month and year to date totals for the online generated copies of reprinted checks are as of the end of the selected month and are not mid-month totals.

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #****** | 1,292.19 |
| Total: | 1,292.19 |

MESSAGE:

Case Western Reserve University
10900 Euclid Avenue
Cleveland, OH 44106

Date: 11/15/2017

Advice No.
******

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXX2732 | 1,292.19 |

Deposit Amount: **$1,292.19**

To The Account(s) Of

**MONICA BRADLEY**
3243 Yorkshire Road
Cleveland Heights, OH 44118

Location: UGEN - Research Administration

| Total: | 1,292.19 |
|---|---|

## NON-NEGOTIABLE